IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEN BAGLEY | : | CIVIL ACTION |
| | : | |
| v. | : | No. 23-1747 |
| | : | |
| UPPER DARBY TOWNSHIP, *et al.* | : | |

## **ORDER**

AND NOW, this 7th day of August, 2023, upon consideration of Defendants Upper Darby Township, Upper Darby Police Department, and John McLaughlin's Motion to Dismiss (ECF No. 10), for the reasons stated in the accompanying Memorandum, it is hereby ORDERED the Motion is GRANTED. Counts one and two of Plaintiff Len Bagley's Amended Complaint will be DISMISSED WITH PREJUDICE. Count three will be DISMISSED WITHOUT PREJUDICE as to Defendants John McLaughlin and Upper Darby Township only.

It is FURTHER ORDERED Bagley shall file a Second Amended Complaint on or before August 23, 2023.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.