IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEN BAGLEY | : | CIVIL ACTION |
| | : | |
| v. | : | No. 23-1747 |
| | : | |
| UPPER DARBY TOWNSHIP, *et al.* | : | |

# **ORDER**

AND NOW, this 21st day of November, 2023, upon consideration of Defendant John McLaughlin's Motion to Dismiss (ECF No. 15), and for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED the Motion is GRANTED.

It is further ORDERED the claims against McLaughlin are DISMISSED with prejudice.

The Clerk of Court is DIRECTED to terminate McLaughlin as a Defendant to this action.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.