IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEN BAGLEY | : | CIVIL ACTION |
| | : | |
| v. | : | No. 23-1747 |
| | : | |
| UPPER DARBY TOWNSHIP and JOHN DOE DEFENDANTS NOS. 1-10 | : : | |

**<u>ORDER</u>**

AND NOW, this 6th day of August, 2024, upon consideration of Defendant Upper Darby Township's Motion for Summary Judgment (ECF No. 25) and Plaintiff Len Bagley's Response in Opposition, and for the reasons stated in the accompanying Memorandum, it is hereby ORDERED the Motion is GRANTED, and Judgment is entered in favor of Defendant Upper Darby Township.

It is FURTHER ORDERED that the Clerk of Court is DIRECTED to mark this case as CLOSED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.